UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. ROSEN, INC., d/b/a CREDIT REPAIR CLOUD, <br><br>Plaintiff, <br><br>v. <br><br>LORENZO RODRIGUEZ, an individual; and LMR INTERNATIONAL, INC., d/b/a CREDIT MONEY MACHINE, <br><br>Defendants. | Case No.: 20-CV-2509 JLS (NLS) <br><br>**ORDER VACATING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PENDING SETTLEMENT** <br><br>(ECF Nos. 12, 15) |

It has come to the Court's attention that the Parties have reached a settlement in principle following their April 21, 2021 Early Neutral Evaluation Conference and that Magistrate Judge Nita L. Stormes has ordered the parties to file a joint motion to dismiss this action on or before May 14, 2021. *See* ECF No. 16. Accordingly, the Court **VACATES** the briefing schedule for Defendants Lorenzo Rodriguez and LMR International, Inc. d/b/a Credit Money Machine's (collectively, "Defendants") pending Motion to Dismiss Complaint ("Mot.," ECF No. 12).[1] Should the Parties fail to file a joint

---

[1] Pursuant to this Court's March 23, 2021 Order, the hearing date for Defendants' Motion has already been vacated and the matter taken under submission without oral argument. *See* ECF No. 15.

motion to dismiss on or before May 14, 2021, the Court will issue an order setting a briefing schedule for Defendants' pending Motion.

**IT IS SO ORDERED.**

Dated:  April 22, 2021

Hon. Janis L. Sammartino
United States District Judge