UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. ROSEN, INC., d/b/a CREDIT REPAIR CLOUD,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO RODRIGUEZ, an individual; and LMR INTERNATIONAL, INC., d/b/a CREDIT MONEY MACHINE,<br><br>Defendants. | Case No.: 20-CV-2509 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 24) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice ("Joint Mot.," ECF No. 24).  Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **DISMISSES WITH PREJUDICE** this entire action pursuant to Federal Rule of Civil Procedure 41(a).  Each Party shall bear its own costs and attorneys' fees.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 14, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge